UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 22-101** |
| | * | |
| **VERSUS** | * | **SECTION: G** |
| | * | |
| **DEVONTE SMITH** | * | |

**************************************************************************

## ORDER

Considering the Unopposed Motion to Continue Sentencing,

**IT HEREBY ORDERED** that the motion is **GRANTED**. The sentencing hearing set for May 21, 2024, is continued to September 19, 2024 at 10:00 a.m.

New Orleans, Louisiana, this __14th__ day of May, 2024.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**